# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN E. COOTS,<br><br>                Petitioner,<br>v.<br>ISIDRO BACA, et al.,<br><br>                Respondents. | Case No. 3:19-cv-00689-LRH-CLB<br><br>**ORDER** |

      Good cause appearing, Petitioner's Motion for Enlargement of Time (ECF No. 5) is GRANTED. Petitioner will have until January 21, 2020, to file an amended petition for writ of habeas corpus.[1]

      DATED this 23rd day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner requested an extension until January 20, 2020; however, that day is a federal holiday. For clarity, the Court sets the deadline on the following business day.

1