# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SEAN E. COOTS,

Petitioner,

v.

ISIDRO BACA, et al.,

Respondents.

Case No. 3:19-cv-00689-LRH-CLB

**ORDER**

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 11) is GRANTED. Respondents have until July 8, 2020, to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.

DATED this ___ day of ____ 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE