1

2

3                       **UNITED STATES DISTRICT COURT**

4                            **DISTRICT OF NEVADA**

5   SEAN E. COOTS,                              Case No. 3:19-cv-00689-LRH-CLB

6                              Petitioner,
                                               **ORDER**
        v.
7
    ISIDRO BACA, et al.,
8
                              Respondents.
9

10        Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 13) is

11   GRANTED.   Respondents have until August 22, 2020, to answer or otherwise respond to the

12   amended petition for writ of habeas corpus in this case.

13        DATED this 9th day of July, 2020.

14

15   _____

16   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28