1
2
3                    **UNITED STATES DISTRICT COURT**
4                        **DISTRICT OF NEVADA**
5    SEAN E. COOTS,                          Case No. 3:19-cv-00689-LRH-CLB
6                              Petitioner,
7          v.                                         **ORDER**
8    ISIDRO BACA, et al.,
9                             Respondents.
10         Good cause appearing, Respondents' third Motion for Enlargement of Time (ECF No. 15)
11   is GRANTED.  Respondents have until August 28, 2020, to answer or otherwise respond to the
12   amended petition for writ of habeas corpus in this case.
13         DATED this 24th day of August, 2020.
14
15
16                                          _____
                                            LARRY R. HICKS
16                                          UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

1