# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN E. COOTS,<br><br>　　　　　Petitioner,<br>v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00689-LRH-CLB<br><br>**ORDER** |

Good cause appearing, Petitioner Sean E. Coots' Motion for Enlargement of Time (ECF No. 24) is GRANTED. Coots has until December 14, 2020, to oppose Respondents' Motion to Dismiss (ECF No. 17).

Additionally, electronic filing is now mandatory at Northern Nevada Correctional Center for all prisoner filings in all federal cases before this Court, including civil rights and habeas corpus cases, in accordance with the Court's Fifth Amended General Order 2012-01. (ECF No. 25.) Since he is housed at Northern Nevada Correctional Center, Coots must electronically file all future court documents, instead of mailing those documents to the Clerk of Court.

DATED this 17th day of September, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE