# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SEAN E. COOTS,

        Petitioner,

v.

ISIDRO BACA, et al.,

        Respondents.

Case No. 3:19-cv-00689-LRH-CLB

**ORDER**

        This habeas matter is before the Court on Petitioner Sean E. Coots's failure to keep the Court apprised of his current address. In addition, the Court granted respondents' motion to dismiss (ECF No. 27). The Court advised Petitioner to either move to dismiss the petition without prejudice or file a motion for appropriate relief, including a motion to stay and abey. Petitioner failed to timely respond to the Court's order.

        The Northern Nevada Correctional Center Law Library has returned court filings sent to the last institutional address Petitioner provided with a notation indicating that he has been paroled. *See* Returned Mail (NEF) as Undeliverable (ECF No. 28). The inmate locator tool on the Nevada Department of Corrections' ("NDOC") website similarly reflects that Petitioner is now paroled. The NDOC website further reflects that Petitioner's parole hearing took place on July 23, 2020, and that he has been paroled since October 3, 2020.

        The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate. *Id. See also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

        Petitioner has not filed a notice of change of address or taken other action to further prosecute this case. As Petitioner has failed to comply with the Local Rules, it is therefore ordered

that this action is dismissed without prejudice.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice based on Petitioner's failure to comply with the Local Rules.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to enter final judgment accordingly and close this case.

DATED this 4th day of May, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE